IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


MERLVIN L. PERKINS,
:
       Plaintiff,
:
  vs.                           Case No. 3:08cv360
:
JUDGE MICHAEL T. HALL, et al.,      JUDGE WALTER HERBERT RICE
:
       Defendants.

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS
OF UNITED STATES MAGISTRATE JUDGE (DOC. #7) IN THEIR
ENTIRETY AND OVERRULING PLAINTIFF'S OBJECTIONS (DOCS. #8
AND #9 THERETO); CAPTIONED CAUSE DISMISSED, WITHOUT
PREJUDICE, FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN
BE GRANTED, AS BARRED BY PREVAILING CASE LAW; JUDGMENT TO
ENTER ACCORDINGLY; ANTICIPATED MOTION FOR LEAVE TO APPEAL
*IN FORMA PAUPERIS* DENIED; TERMINATION ENTRY

---

Pursuant to the reasoning and citations of authority set forth by the United States Magistrate Judge, in her Report and Recommendations (Doc. #7) filed October 28, 2008, as well as upon a thorough *de novo* review of this Court's file and the applicable law, said Report and Recommendations (Doc. #7) are adopted in their entirety. Plaintiff's Objections to said judicial filing (Docs. #8 and #9) are overruled. The captioned cause fails to state a claim upon which relief can be granted, as same is barred by the applicable Supreme Court authority in *Heck v.*

*Humphrey*, 512 U.S. 477 (1994).

Because any appeal of this Court's opinion rendered herein would be <u>objectively</u> frivilous, leave to appear *in forma pauperis* is denied.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

|  |  |
|---|---|
| November 12, 2008 | /s/ Walter Herbert Rice<br>WALTER HERBERT RICE<br>UNITED STATES DISTRICT JUDGE |

Copies to:

Merlvin L. Perkins, Pro Se Plaintiff